# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TIFFANY PADAN, et al., | |
| Plaintiffs, | Case No. 2:15-cv-00394-GMN-CWH |
| vs. | **ORDER** |
| WEST BUSINESS SOLUTIONS, LLC, | |
| Defendant. | |

This is a representative collective action under the Fair Labor Standards Act in which the court has granted special scheduling review. On October 31, 2016, the court approved the parties' third proposed joint discovery plan and scheduling order (ECF No. 130). In that plan, the parties indicated they had scheduled a private mediation for January 10, 2017, and that if the mediation was unsuccessful, the parties would meet and confer regarding a revised scheduling order. The parties stated that they would meet and confer within 21 days after the mediation and that they would file the proposed scheduling order within 14 days of their meet-and-confer conference. More than 35 days (21 days plus 14 days) have passed since the mediation, and the parties have not filed a proposed scheduling order or otherwise advised the court of the case's status.

IT IS THEREFORE ORDERED that by March 15, 2017, the parties must file a proposed discovery plan and scheduling order or a joint status report.

DATED: March 1, 2017

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**