# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TIFFANY PADAN, et al., | |
| Plaintiffs, | Case No. 2:15-cv-00394-GMN-CWH |
| vs. | **ORDER** |
| WEST BUSINESS SOLUTIONS, LLC, | |
| Defendant. | |

Presently before the court is Plaintiffs' Unopposed Motion for Approval of Proposed Settlement, Incentive Award, Attorneys' Fees and Litigation Expenses, and Settlement Administration Expenses (ECF No. 137), filed on May 25, 2017. On June 23, 2017, this matter was referred by the assigned United States district judge to the undersigned for a report of findings and recommendations for disposition by the district judge under Local Rule IB 1-4. Plaintiffs must file proposed findings and recommendations in compliance with Local Rule 7-2(f) for the undersigned's consideration by August 14, 2017.

IT IS SO ORDERED.

DATED: July 17, 2017

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**