**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

TIFFANIE PADAN,

        Plaintiff,

vs.

WEST BUSINESS SOLUTIONS, LLC,

        Defendant.

Case No.: 2:15-cv-00394-GMN-CWH

**ORDER**

Pending before the Court is the Report and Recommendation of United States Magistrate Judge Carl W. Hoffman, (ECF No. 141), which recommends that Plaintiff's Unopposed Motion for Approval of Proposed Settlement, Incentive Award, Attorneys' Fees and Litigation Expenses and Settlement Administration Expenses (ECF No. 137) be granted.

A party may file specific written objections to the findings and recommendations of a United States Magistrate Judge made pursuant to Local Rule IB 1-4. 28 U.S.C. § 636(b)(1)(B); D. Nev. R. IB 3-2. Upon the filing of such objections, the Court must make a de novo determination of those portions to which objections are made. *Id.* The Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the Magistrate Judge. 28 U.S.C. § 636(b)(1); D. Nev. IB 3-2(b). Where a party fails to object, however, the Court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985). Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate judge's report and recommendation where no objections have been filed. *See, e.g.*, *United States v. Reyna–Tapia*, 328 F.3d 1114, 1122 (9th Cir. 2003).

Here, no objections were filed, and the deadline to do so has passed.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation, (ECF No. 141), is **ACCEPTED and ADOPTED** in full.

**IT IS FURTHER ORDERED** that Plaintiff Tiffanie Padan's Unopposed Motion for Approval of Proposed Settlement, Incentive Award, Attorneys' Fees and Litigation Expenses, and Settlement Administration Expenses (ECF No. 137) is GRANTED as follows:

1. The Parties' Settlement Agreement is approved in full and the Parties shall allocate class payments to the Plaintiffs pursuant to the terms and conditions contained in the Settlement Agreement as supplemented by the Parties' Joint Status Report Regarding Proposed Settlement Agreement (ECF No. 138).

2. The Court approves an award in the amount of $231,600 in attorneys' fees and in an amount not to exceed $35,000 for litigation expenses to Plaintiffs' Counsel. Additionally, the Court finds that it is appropriate, and approves, increasing Plaintiffs' Counsel's attorneys' fee award by what amount, if any, the settlement administrator's expenses are less than $28,579.85.

3. The Court approves payment of an incentive award to Named Plaintiff, Tiffanie Padan, in the amount of $7,500.

4. The Court appoints Rust Consulting to serve as settlement administrator pursuant to the terms and conditions of the Settlement Agreement and approves payment to Rust Consulting in an amount not to exceed $28,579.85. Additionally, the Court approves the creation of a Qualified Settlement Fund for the administration of the Settlement Fund.

5. Upon entry of the Court's order approving settlement, Plaintiffs' claims will be released as set forth in the Settlement Agreement, the Parties will submit an agreed order dismissing this case with prejudice, and the Court will retain jurisdiction as to all matters

relating to the administration, consummation, enforcement, and interpretation of the Settlement Agreement.

**DATED** this  27  day of December, 2017.

_____
Gloria M. Navarro, Chief Judge
United States District Court