# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

Tiffanie Padan

Plaintiff,

v.

West Business Solutions, LLC

Defendant.

Attorney Fees

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:15-cv-00394-GMN-CWH

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

that judgment is hereby entered in favor of plaintiff in the amount of $231,600.00 for attorney fees and in an amount not to exceed $35,000.00 for expenses pursuant to Order #143

| | |
|---|---|
| December 27, 2017 | /s/ Debra K. Kempi |
| Date | Clerk |
| | /s/ Justin Matott |
| | (By) Deputy Clerk |