# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| TIFFANIE PADAN individually, And on behalf of others similarly situated<br><br>Plaintiffs,<br><br>vs.<br><br>WEST BUSINESS SOLUTIONS, LLC a Delaware limited liability company,<br><br>Defendant. | CASE NO.: 2:15-cv-00394-GMN-CWH<br><br>**AGREED ORDER OF DISMISSAL** |

On December 27, 2017, the Court entered its Order approving the Parties' Settlement Agreement (the "Approval Order") (ECF No. 143), which approved the relief sought in Plaintiff Tiffanie Padan's Unopposed Motion for Approval of Proposed Settlement, Incentive Award, Attorneys' Fees and Litigation Expenses, and Settlement Administration Expenses (ECF No. 137). The Parties' Settlement Agreement contemplates a further order of dismissal with prejudice.

Therefore, pursuant to the Settlement Agreement, the Court additionally ORDERS the following:

1. The Court approves the dismissal of this action with prejudice and this action is hereby **DISMISSED WITH PREJUDICE**.

2. Without affecting the finality of this Order, this Court retains exclusive jurisdiction over: (a) the consummation, performance, administration, effectuation, and enforcement of the Settlement Agreement; (b) Rust Consulting as Settlement Administrator; and (c) the Qualified Settlement Fund.

**ORDER**

**IT IS SO ORDERED.**

DATED this  9  day of January, 2018.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT

**AGREED TO BY ATTORNEYS FOR DEFENDANT:**

      FENNEMORE CRAIG, P.C.
          Leslie Bryan Hart (SBN 4932)
          300 E. Second St., Suite 1510
          Reno, NV 89501
          Tel: (775) 788-2228  Fax: (775) 788-2229
          lhart@fclaw.com;

                and

      WEISBART SPRINGER HAYES, LLP

      By:   /s/ Julie A. Springer
          (Admitted *Pro Hac Vice*)
          Julie A. Springer, Esq.
          212 Lavaca Street, Suite 200
          Austin, Texas  78701
          Tel: (512) 652-5780  Fax: (512) 682-2074
          jspringer@wshllp.com

      **ATTORNEYS FOR DEFENDANT WEST BUSINESS SOLUTIONS N/K/A ALORICA BUSINESS SOLUTIONS, LLC**

**AGREED TO BY ATTORNEYS FOR PLAINTIFFS:**

      **SOMMERS SCHWARTZ, P.C.**
      One Towne Square, Suite 1700
      Southfield, Michigan 48076
      248.355.0300

      By:   /s/ Kevin J. Stoops
          Jesse L. Young (admitted *pro hac vice*)
          MI Bar No. P72614
          jyoung@sommerspc.com
          Matthew L. Turner (admitted *pro hac vice*)
          MI Bar No. P48706
          mturner@sommerspc.com
          Kevin J. Stoops (admitted *pro hac vice*)
          MI Bar No. P64371
          kstoops@sommerspc.com

Don Springmeyer, Esq.
State Bar No. 1021
dspringermeyer@wrslawyers.com
**WOLF RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP**
3556 E. Russell Road, Second Floor
Las Vegas, Nevada 89120
702.341.5200
702.341.5300 fax

Timothy J. Becker (admitted *pro hac vice*)
MN Bar No. 2563
tbecker@johnsonbecker.com
Jacob R. Rusch (admitted *pro hac vice*)
MN Bar No. 391892
jrusch@johnsonbecker.com
**JOHNSON BECKER, PLLC**
33 South Sixth Street, Suite 4530
Minneapolis, Minnesota 55402
612.436.1800
612.436.1801 fax

**ATTORNEYS FOR PLAINTIFFS**